UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HARO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS,<br><br>Defendant. | No.  1:20-cv-00095-NONE-EPG<br><br><br>ORDER MODIFYING SCHEDULING CONFERENCE ORDER |

On November 16, 2020, the Court held a telephonic status discovery conference. Plaintiff's counsel Patrick Buelna and Defendant's counsel Jonathan B. Paul appeared telephonically. For the reasons discussed on the record, it is HEREBY ORDERED that the scheduling order is modified as follows:

| Event | Initial Date or Deadline | Revised Date or Deadline |
|---|---|---|
| Nonexpert Discovery Cutoff | January 26, 2021 | February 25, 2021 |
| Expert Disclosure | February 26, 2021 | March 30, 2021 |
| Rebuttal Expert Disclosure | March 30, 2021 | April 29, 2021 |
| Dispositive Motion Filing Deadline | June 14, 2021 | June 14, 2021 (unchanged) |
| Pretrial conference | October 5, 2021 | October 5, 2021 (unchanged) |
| Trial | Not Set | Not Set (unchanged) |

IT IS SO ORDERED.

Dated:   **November 16, 2020**                    /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE

1