**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HARO, et al., | CASE NO.: 1:20-cv-00095-NONE-EPG |
| Plaintiffs, | |
| v. | **DECLARATION OF PATRICK BUELNA** |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | |

I, PATRICK M. BUELNA, declare:

1. I am the attorney of record for Plaintiff in this action. I am licensed to practice in the state of California and have been admitted to courts in the Northern, Eastern and Central District of California, and the Ninth Circuit Court of Appeals. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.
2. Salinas Valley State Prison is refusing to make Mr. Haro available for an attorney-client consultation by telephone without a court order, despite a letter explaining that he has a federal civil rights case that requires his input and consultation with counsel. The prison is requesting evidence of an immediate hearing.
3. Plaintiff is forced to make this motion. Notably, clients are regularly produced for in-person and telephonic consultations with their attorneys, since they have a constitutional right to access to an attorney. Furthermore, clients are regularly produced by writ of habeas corpus for settlement conference in their civil rights cases. Therefore, Plaintiff respectfully requests a telephonic consultation with his attorney in regards to his civil rights case.
4. I emailed and checked with Defendant's counsel, and Defendant does not oppose this motion.

Date: December 16, 2020                           Respectfully submitted,

**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**

/s/ Patrick Buelna
PATRICK M. BUELNA
COUNSEL FOR PLAINTIFFS

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

1