UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANDREW HARO, et al.,

Plaintiffs,

v.

COUNTY OF STANISLAUS,

Defendant.

Case No. 1:20-cv-00095-NONE-EPG

ORDER GRANTING COUNSEL PATRICK BUELNA'S REQUEST FOR A CONFIDENTIAL TELEPHONE CALL WITH PLAINTIFF ANDREW MITCHELL HARO

(ECF No. 22)

ORDER DIRECTING CLERK OF COURT TO EMAIL A COPY OF THIS ORDER TO THE WARDEN AND LITIGATION COORDINATOR AT SALINAS VALLEY STATE PRISON

Plaintiffs Andrew Mitchell Haro and Margarita Anaya are proceeding through counsel John Burris and Patrick Buelna in this civil rights action, filed pursuant to 42 U.S.C. § 1983. (ECF Nos. 1, 5.) Plaintiff Andrew Mitchell Haro (CDCR # AB2479) ("Plaintiff") is currently housed at a Salinas Valley State Prison in Soledad, California.

Counsel Patrick Buelna has filed a motion requesting a telephone call with Plaintiff and has submitted a declaration in support thereof. (ECF Nos. 22, 22-1.) According to the motion, counsel has provided Salinas Valley State Prison with a letter explaining that Plaintiff has a federal civil rights case that requires his input and consultation with counsel. However, Salinas Valley State Prison has refused to make Plaintiff available for an attorney-client consultation by

telephone without a court order and has requested evidence of an immediate hearing. It appears that the purpose of the requested telephone call is for counsel to generally discuss and obtain input from Plaintiff regarding this case. The motion further states that Defendant County of Salinas does not oppose the motion.

Having considered counsel's request for a confidential telephone call with Plaintiff, the Court agrees that the call is necessary for the litigation. The Court has now had two conferences regarding the status of the case in light of certain facts that have emerged, and Plaintiff's counsel has been unable to proceed without input from his client as to how to proceed in light of these facts. The Court and all parties are waiting to determine how to proceed with the case until Plaintiff's counsel has spoken with his client. Although the Court continued the last hearing in order to allow Plaintiff to speak with his counsel, he was unable to do so. Thus, this case cannot move forward until Plaintiff's counsel can consult with his client regarding the direction of this case.

Therefore, while respecting the constraints on safety and security from the institution, the Court will grant this request.

Accordingly, IT IS HEREBY ORDERED:

1. Counsel Patrick Buelna's motion (ECF No. 22) for a confidential telephone call with Plaintiff Andrew Mitchell Haro (CDCR # AB2479) is GRANTED;
2. The Warden, Litigation Coordinator, and other correctional staff as needed at Salinas Valley State Prison shall facilitate a confidential telephone call between Andrew Mitchell Haro (CDCR # AB2479) and attorney Patrick Buelna;

   The confidential telephone call shall take place on **December 30, 2020**, to begin at **11:00 AM**, or at any other time mutually agreed upon between counsel and the staff of Salinas Valley State Prison. In particular, the telephone call may be rescheduled to a mutually agreeable date and time if necessary in light of restrictions due to COVID-19. The telephone call shall continue, without interruption, for a maximum of thirty (30) minutes or until completed, whichever is earlier. Correctional staff shall initiate the telephone call by calling Patrick Buelna at **(510) 929-5400**, or at an alternative telephone number provided by Patrick Buelna;

3. The telephone conversation shall be a confidential communication between counsel Patrick Buelna and Andrew Mitchell Haro (CDCR # AB2479) and shall be conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep Andrew Mitchell Haro (AB2479) under visual surveillance during the telephone conversation;
4. Failure to comply with this order may result in the imposition of sanctions; and
5. The Clerk of Court is directed to serve this order via email on the Warden and the Litigation Coordinator at Salinas Valley State Prison.

IT IS SO ORDERED.

Dated: **December 17, 2020**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE