**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
Tel: 916-922-1200 Fax: 916-922-1303

Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136

Attorneys for Defendant,
County of Stanislaus

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HARO, an individual; MARGARITA ANAYA, an individual; <br><br>Plaintiff, <br><br>vs. <br><br>COUNTY OF STANISLAUS, a municipal corporation; and DOES 1-50, inclusive, <br><br>Defendant. | Case No.: 1:20-cv-00095-NONE-EPG <br><br> **STIPULATED DISMISSAL WITH PREJUDICE (FRCP 41(a)(1))** |

It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between Plaintiffs ANDREW HARO, an individual; and MARGARITA ANAYA, an individual, by and through their attorney Patrick M. Buelna of Pointer & Buelna LLP, and Defendant COUNTY OF STANISLAUS, by and through its attorney Jonathan B. Paul of Rivera Hewitt Paul LLP that this entire action is dismissed with prejudice forthwith. Each party will bear their own costs and attorney's fees.

Date: January 6, 2021            RIVERA HEWITT PAUL LLP

                                 */s/ Jonathan B. Paul*
                                 _____
                                 JONATHAN B. PAUL
                                 Attorneys for Defendant
                                 County of Stanislaus

| | |
|---|---|
| Date:  January 6, 2021 | POINTER & BUELNA LLP<br><br>*/s/ Patrick M. Buelna*<br>*(As authorized on January 6, 2021)*<br>_____<br>Patrick M. Buelna<br>Attorney for Plaintiffs |

**IT IS SO ORDERED.**

Dated: _____         _____
                                                                      UNITED STATES MAGISTRATE JUDGE