1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HARO and MARGARITA ANAYA,<br><br>               Plaintiffs,<br><br>     v.<br><br>COUNTY OF STANISLAUS, *et al.*,<br><br>               Defendants. | Case No.  1:20-CV-00095-NONE-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 24) |

     Plaintiffs Andrew Haro and Margarita Anaya and Defendant County of Stanislaus have filed a stipulation to dismiss the entire action with prejudice (ECF No. 24). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

   Dated:  **January 6, 2021**           /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE